UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ANNE B. AXELROD,

                Plaintiff,

    -against-

HARRIS INTERACTIVE INTERNATIONAL, INC.
and HARRIS INTERACTIVE INC.,

                Defendants.

**Rule 7.1 Statement**

07-CV-11379
Judge Sullivan

---

    Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for defendants Harris Interactive International, Inc. and Harris Interactive Inc. (private non-governmental parties) certify that defendant Harris Interactive Inc. is a publicly held corporation and defendant Harris Interactive International, Inc. is a wholly owned subsidiary of defendant Harris Interactive Inc.

Dated:   January 18, 2008
           New York, New York

                          HARRIS BEACH PLLC

                    By: _____
                          Judi Abbott Curry (Bar No. 4706)
                          Attorneys for Defendants
                          100 Wall Street
                          New York NY 10005
                          Telephone: (212) 313-5404
                          Facsimile: (212) 687-0659

                          Brian Laudadio, of Counsel
                          99 Garnsey Road
                          Pittsford, New York 14534
                          Telephone: (585) 419-8800

HARRIS BEACH
ATTORNEYS AT LAW

TO: Joseph Monaco, Esq.
150 East 58th Street – 34th Floor
New York, New York 10155
Telephone: (212) 486-4244

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing was served electronically via the Court's electronic filing system or via ordinary mail on the 18th day of January, 2008 upon the following:

TO:    Joseph Monaco, Esq.
       150 East 58th Street – 34th Floor
       New York, New York 10155
       Telephone: (212) 486-4244

_____
Judi Abbott Curry, Esq. (Bar No. 4706)