## AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

Index # 07 cv 11379

Purchased/Filed: December 19, 2007

STATE OF NEW YORK    UNITED STATES DISTRICT COURT    SOUTHERN DISTRICT

Anne Axelrod                                                                 Plaintiff

against

Harris Interactive International, Inc. and Harris Interactive, Inc.    Defendant

STATE OF NEW YORK
COUNTY OF ALBANY    SS.:

_____Lewis Sperber_____, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on ___December 26, 2007___, at __2:00 pm__, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed

Summons in a Civil Action and Complaint with Demand for Jury Trial

on _____Harris Interactive, Inc._____, the Defendant in this action, by delivering to and leaving with _____Tammy Alexander_____, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, __2__ true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of __40__ dollars; That said service was made pursuant to Section __306 Business Corporation Law__.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Description of the person served:  Approx. Age: __42__  Approx. Wt: __145__  Approx. Ht: __5'8"__
Color of skin: __Black__   Hair color: __Black__   Sex: __F__   Other: _____

Sworn to before me on this

__28th__ day of _____December, 2007_____

DONNA M. TIDINGS
NOTARY PUBLIC, State of New York
No. 01TI4898570, Qualified in Albany County
Commission Expires June 15, 2011

Lewis Sperber

Invoice•Work Order # SP0710879

**SERVICO. INC. - PO BOX 871 - ALBANY. NEW YORK 12201 - PH 518-463-4179**

## AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

Index # 07 cv 11379                                         Purchased/Filed: December 19, 2007
STATE OF NEW YORK    UNITED STATES DISTRICT COURT           SOUTHERN DISTRICT

*Anne Axelrod*  — Plaintiff

against

*Harris Interactive International, Inc. and Harris Interactive, Inc.*  — Defendant

STATE OF NEW YORK
COUNTY OF ALBANY       SS.:

___Lewis Sperber___, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on ___December 26, 2007___, at ___2:00 pm___, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed

Summons in a Civil Action and Complaint with Demand for Jury Trial

on ___Harris Interactive International, Inc.___, the Defendant in this action, by delivering to and leaving with ___Tammy Alexander___, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, ___2___ true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of ___40___ dollars; That said service was made pursuant to Section ___306 Business Corporation Law___.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Description of the person served: Approx. Age: ___42___   Approx. Wt: ___145___   Approx. Ht: ___5'8"___
Color of skin: ___Black___   Hair color: ___Black___   Sex: ___F___   Other: _____

Sworn to before me on this

___28th___ day of ___December, 2007___

DONNA M. TIDINGS
NOTARY PUBLIC, State of New York
No. 01TI4898570, Qualified in Albany County
Commission Expires June 15, 2011

Lewis Sperber

Invoice•Work Order # SP0710878

**SERVICO. INC. - PO BOX 871 - ALBANY. NEW YORK 12201 - PH 518-463-4179**