**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------------x

    ANNE B. AXELROD,

                  Plaintiff,

                                                    ___07 CIVIL___11379___(    )
        -against-
    HARRRIS INTERACTIVE
    INTERNATIONAL, INC.and HARRIS INTERACTIVE, INC.
                  Defendant.

--------------------------------------------------------------x

## NOTICE  OF  CHANGE  OF  ADDRESS

**To: Attorney Admission Clerk and All Other Parties**

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: ___Brian Laudadio, Esq._____

☐    *Attorney*

        ·   I am a U.S.D.C., Southern District of New York attorney. My Bar Number is:

        _____

        ☐   I am a Pro Hac Vice attorney

        ☐   I am a Government Agency attorney

☑    *Law Firm/Government Agency Association*

    From:  ___HARRIS BEACH PLLC_____

    To:    ___BOND, SCHOENECK & KING, PLLC_____

        ☐   I will continue to be counsel of record on the above-entitled case at my new firm/agency.

        ☐   I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____
        _____.

☐    *Address:*    345 Woodcliff Drive, Suite 208, Fairport, New York 14450-4210

☐    *Telephone Number:*   585-362-4700

☐    *Fax Number:*   585-362-4754

☐    *E-Mail Address:*   blaudadio@bsk.com

Dated: ___July 21, 2008_____