UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANNE B. AXELROD,

                           Plaintiffs,

    vs.

HARRIS INTERACTIVE INTERNATIONAL, INC. and HARRIS
INTERACTIVE, INC.,

                           Defendants.

**NOTICE OF
APPEARANCE**

Civil Action
No. 07-CV-11379

PLEASE TAKE NOTICE that Brian Laudadio, Esq. of Bond, Schoeneck & King, PLLC
hereby appears as attorney for defendants, Harris Interactive International, Inc. and Harris
Interactive, Inc., in the above-entitled matter.

Dated:  July 21, 2008

                           Respectfully submitted,

                           BOND, SCHOENECK & KING, PLLC

                           By:  s/ Brian Laudadio
                                   Brian Laudadio
                                   Bar Roll No. BL5050
                           345 Woodcliff Drive, Suite 208
                           Fairport, New York 14450
                           Tel. No. 585-362-4700
                           E-mail:  blaudadio@bsk.com
                           Attorneys for Defendants

## CERTIFICATE OF SERVICE

I, BRIAN LAUDADIO, hereby certify that on July 31, 2008, I caused the foregoing notice of appearance to be with the Clerk of the Southern District of New York to be electronically filed using its CM/ECF Central Islip, which would then electronically notify the following CM/ECF participants on this case:

Joseph Monaco, Esq.
The Law Offices of Jopseh Monaco
150 East 58th Street – 34th Floor
New York, new York 10155

s/ Brian Laudadio
_____

BRIAN LAUDADIO

1456810.1 7/21/2008