*Sullivan, J*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ANNE B. AXELROD,

                              Plaintiff,

                    v.

HARRIS INTERACTIVE INTERNATIONAL, INC.
and HARRIS INTERACTIVE INC.,

                              Defendants.

**CONSENT TO CHANGE
ATTORNEYS**

Civil Action No.
07-CV-11379 (RJS)

---

IT IS HEREBY CONSENTED THAT Bond, Schoeneck & King, PLLC, 345 Woodcliff

Drive, Suite 208, Fairport, New York 14450-4210, be substituted as attorneys of record for

Defendants, Harris Interactive International, Inc. and Harris Interactive Inc., in the above-entitled

action in the place and instead of Harris Beach PLLC as of the date hereof.

Dated: July 21, 2008            Harris Beach PLLC

                                By: _____

                                99 Garnsey Road
                                Pittsford, New York  14534
                                (585) 419-8800

                                HARRIS INTERACTIVE, INC.

                                By: _____

                                60 Corporate Woods
                                Rochester, New York 14623

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/1/08

7/25/08

1455210.1